133 A.3d 735

Frank LEE, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 14 EM 2016.

Supreme Court of Pennsylvania.

March 23, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are **GRANTED.** The Court of Common

Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.